CLUTE, Respondent, v. BROADWELL. Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Frank M. Clute against Moses M. Broadwell. Edw. R. Terry, for appellant. Hatch & Wickes, for respondent. No opinion. Judgment affirmed, with costs, upon argument.

COLLINS v. BURROUGHS. (Supreme Court, General Term, Second Department. March 5, 1895.) Action by Collins against Burroughs. Thomas A. Stoddart (George William Hart, of counsel), for appellant. B. E. Valentine, for respondent.

DYKMAN, J. This is an appeal from an order denying a motion of the defendant for an order of reference appointing a referee to hear and determine the action. It is not a case for a compulsory reference, and the appeal is destitute of merit. The order should be affirmed, with $10 costs and disbursements.

COMLEY et al. v. ARCHER. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by William J. Comley and others against George W. Archer. No opinion. Order affirmed, with $10 costs and printing and other disbursements. HERRICK, J., not acting.

COOK et al., Respondents, v. KANTER, Appellant. (Supreme Court, General Term, First Department. February 15, 1895.) Action by George C. Cook and others against Rudolph J. Kanter. Jonathan C. Ross, for appellant. F. W. Hollis, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, for reasons stated by the court below.

CORBETT v. BROOKLYN, B. & W. E. R. CO. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by Corbett, administratrix, against the Brooklyn, Bath & West End Railroad Company. Morris & Whitehouse, for appellant. Magner & Hughes, for respondent.

DYKMAN, J. This is an appeal from a judgment dismissing the plaintiff's complaint. The action was brought to recover damages resulting from the death of Thomas Corbett, the plaintiff's intestate. The deceased was killed at the Coney Island station, on the defendant's road. No one witnessed the occurrence, and there is no proof from which any inference can be drawn respecting the manner in which the deceased met his death, further than that he was killed outside of the train, and between the platform and one of the cars. There is no proof of negligence on the part of the company, and, under such circumstances, there can be no recovery. The judgment should be affirmed, with costs.

CORN et al., Respondents, v. STERN et al., Appellants. (Supreme Court, General Term, First Department. February 15, 1895.) Action by Samuel Corn and others against Isaac Stern and others. Wm. Allen and P. J. O'Reilly, for appellants. Geo. Hahn, for respondents. No opinion. Order reversed, with $10 costs and disbursements.

COURTNEY, Appellant, v. BUCHUNAN et al., Respondents. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Charlotte E. Courtney against Charles J. Buchunan and another. N. A. Lawlor, for appellant. D. Seymour, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

CRAM, Respondent, v. SPRINGER LITHOGRAPHING CO., Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Ella Cram against the Springer Lithographing Company. Boothly Warren, for appellant. Kellogg, Rose & Smith, for respondent. No opinion. Motion for leave to appeal to court of appeals. Motion denied, with $10 costs. See 31 N. Y. Supp. 679.

DADIRRIAN v. THEODORIAN. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by Dadirrian against Theodorian. Clark Bell, for appellant. Betts, Hyde & Betts, for respondent.

PRATT, J. The question presented by this appeal is not free from difficulty; but there are some considerations which strongly favor the plaintiff, who seems to have expended considerable money in bringing his article into public notice. Such discretion as the special term may exercise is not willingly interfered with, and the trial upon the merits which either party can speedily bring on will afford a more satisfactory decision than can be had upon affidavits. Order affirmed, without costs.

DAWSON v. HARRISON. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by Dawson against Harrison. Earnest P. Brook, for appellant. Backus & Manne, for respondent.

DYKMAN, J. This is an action to procure a dissolution of a copartnership. The cause was tried before a referee to hear and determine, and the plaintiff has appealed from the judgment entered upon his report. The determination of the case depended upon peculiar facts, and we think substantial justice has been wrought out in this exception. The judgment should be modified so as to allow interest on the loan of $3,000, and upon the usurious payments at 6 per cent. with halfyearly rests, and, as so modified, affirmed, without costs.

DAYTON, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by Nettie M. Dayton, as administratrix, against the New York, Ontario & Western Railway Company. No opinion. Judgment affirmed, with costs.

DECORA v. WHEELER. (Supreme Court, General Term, Third Department. February 26, 1895.) Action by Gervis G. Decora against Samuel L. Wheeler. No opinion. Order affirmed, with $10 costs and printing and other disbursements.